FILED
2012 OCT -3 AM 9: 14
CLERK
SO DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

SHERRI P. TANNER,                )
                                 )
        Plaintiff,               )
                                 )
    v.                           )    CIVIL ACTION NO.: CV511-108
                                 )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
        Defendant.               )

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. The Commissioner filed a Response. In her Objections, Plaintiff Sherri Tanner ("Plaintiff") makes many of the same assertions as she did in her Brief to the Court. Plaintiff also objects to the Magistrate Judge's application of the law to the facts of this case. As a result, Plaintiff maintains that the Magistrate Judge's Report should be rejected. Plaintiff recognizes a district court is not to reweigh the evidence and states that this is not what she is asking the Court to do. However, it appears that this is precisely what Plaintiff is asking the undersigned to do.

As the Magistrate Judge correctly noted, an Administrative Law Judge ("ALJ") can reject the opinions of treating sources, provided the ALJ establishes "good cause" for his rejection. (Doc. No. 12, p. 6) (quoting Phillips v. Barnhart, 357 F.3d 1232, 1240 (11th Cir. 2004), and MacGregor v. Bowen, 786 F.2d 1050, 1053 (11th Cir. 1986)). The

ALJ had "good cause" to reject the opinions of Plaintiff's treating sources, which was all the law requires. By extension, all the law requires of this Court is to ensure that the ALJ applied the correct legal standards and substantial evidence supports the ALJ's factual findings. The ALJ satisfied both requirements in this case.

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. The decision of the Commissioner is **AFFIRMED**. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _2_ day of _October_, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)